UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARIK MURADYAN, | Case No. 5:26-cv-02636-SSC |
| Petitioner, | |
| v. | **JUDGMENT** |
| ERNESTO SANTACRUZ JR, et al., | |
| Respondents. | |

Pursuant to the Order Granting Unopposed Habeas Petition, **IT IS ADJUDGED** that the unopposed petition under 28 U.S.C. § 2241 is granted and that Respondents are ordered to release Petitioner Garik Muradyan from ICE custody immediately.  The Clerk is directed to close this case.

DATED:  May 27, 2026

HONORABLE STEPHANIE S. CHRISTENSEN
UNITED STATES DISTRICT JUDGE